### POOL *v.* DUCKWORTH.

BECK, P. J.  1. The evidence authorized the verdict.

2. There was no abuse of discretion on the part of the trial court in overruling the ground of the motion for a new trial based upon the evidence claimed to be newly discovered, as the evidence was merely cumulative and impeaching.

*Judgment affirmed.   All the Justices concur, except Fish, C. J., absent.*

No. 655.   JUNE 14, 1918.

Complaint for land. Before Judge Eve. Worth superior court. September 12, 1917.

*Perry & Williamson, J. H. Tipton,* and *Mark Tison,* for plaintiff in error.

*Erle B. Askew* and *James L. Dowling,* contra.